**Affirmed and Memorandum Opinion filed August 23, 2016.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-15-00838-CR

**GEORGIA LOVETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 5
Harris County, Texas
Trial Court Cause No. 2008856**

## M E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted of deadly conduct, and sentenced to one year in the county jail, probated for 15 months.

Appellant was represented at trial by retained counsel. The trial court allowed trial counsel to withdraw following trial. Appellant's brief was originally due March 9, 2016, but no brief was filed. This court abated the appeal and directed the trial court to conduct a hearing to determine the reason for the failure

to file a brief pursuant to Texas Rule of Appellate Procedure 38.8(b). The trial court held the hearing, and appellant confirmed to the court that she wished to represent herself on appeal. At the hearing, appellant advised the court that she would file an appellate brief on or before April 29, 2016. The trial court found appellant is not indigent, and that she desires to represent herself on appeal.

On June 16, 2016, no brief had been filed, and this court ordered appellant to file a brief on or before July 13, 2016. The court explained that if appellant did not file a brief as ordered, the court would consider the appeal without briefs. *See* Tex. R. App. P. 38.8(b)(4). No brief was filed.

On the basis of the trial court's findings, this court has considered the appeal without briefs. *See* Tex. R. App. P. 38.8(b). We find no fundamental error.

Accordingly, the judgment of the trial court is affirmed.

PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Christopher.
Do Not Publish — Tex. R. App. P. 47.2(b).

2